AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, American Bankers Life Assurance Company of Florida, Fortis Benefits Insurance Company, First Fortis Life Insurance Company, Union Security Life Insurance Co., United Family Life Insurance Company, American Reliable Insurance Company, Voyager Life Insurance Co., Voyager Life and Health Insurance Company, Voyager Indemnity Insurance Company, Voyager Property and Casualty Insurance Company, Plaintiffs–Appellants,

v.

CONTINENTAL CASUALTY COMPANY, Continental Assurance Company, Hartford Life Insurance Company, Defendants–Appellees.

No. 05–10202.

D.C. Docket No. 04–01186–CV–JTC–1.

United States Court of Appeals, Eleventh Circuit.

Feb. 1, 2006.

Lawrence J. Bracken, II, Hunton & Williams LLP, Atlanta, GA, for Plaintiffs–Appellants.

John L. Taylor, Jr., Jeffery T. Coleman, Chorey, Taylor & Feil, Tony G. Powers, Rogers & Hardin, LLP, Atlanta, GA, David A. Jones, Monica J. Rodriguez, Akin Gump Strauss Hauer & Feld, LLP, San Antonio, TX, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, BLACK and FAY, Circuit Judges.

PER CURIAM:

The judgment of the district court dismissing this action is affirmed for the reasons set forth in the ORDER of that court dated December 22, 2004.

AFFIRMED.